# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# DOCKET NO. 5:17-CR-58-1FL

| | | |
|---|---|---|
| **United States Of America** | ) | **AMENDED JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Kyjahre Hasan Riley** | ) | |
| | ) | |

On August 29, 2012, Kyjahre Hasan Riley appeared before the Honorable William L. Osteen in the Middle District of North Carolina, and upon an earlier plea of guilty to Felon in Possession of a Firearm was sentenced to the custody of the Bureau of Prisons for a term of 180 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. On July 21, 2016, the defendant's period of imprisonment was reduced from 180 months to a period of 37 months, but not less than time served, and the period of supervised release was reduced from five years to two years. Kyjahre Hasan Riley was released from custody and the term of supervised release commenced on July 22, 2016.

From evidence presented at the revocation hearing on April 19, 2017, the court finds as a fact that Kyjahre Hasan Riley, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Failure to participate as directed in a urinalysis program.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 1 day.

**IT IS FURTHER ORDERED** that upon release from custody, the defendant shall be placed on supervised release for a period of 24 months under all conditions previously imposed in this case, in addition to the following additional conditions:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 90 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

3. The defendant's travel shall be restricted to the Eastern District of North Carolina for a period of 90 days.

RILEY, Kyjahre Hasan
Docket No.: 5:17-CR-58-1FL
Amended Judgment
Page 2

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 28th day of April, 2017.

Louise W. Flanagan
U.S. District Judge